# DISTRICT COURT OF MARYLAND FOR _____
(City/County)

LOCATED AT (COURT ADDRESS) _____

DC Case No: **1B01910196**  RELATED CASES: _____

## COMPLAINANT

Officer Simpson, Jonathan
Printed Name

~~2201 W. Cold Spring Lane~~ 242 W. 29th St.
Number and Street Address

Baltimore, MD ~~21209~~ 11
City, State, and Zip Code  Telephone

AD 5905   H731
Agency, sub-agency, and I.D. #  (Officer Only)

## DEFENDANT

Gough, Bernard
Printed Name

8 Terron Ct,
Number and Street Address

Baltimore, MD 21239
City, State, and Zip Code  Telephone

CC# 07-4J04858

**DEFENDANT'S DESCRIPTION:** Driver's License# G-200-085-487-025  Sex M  Race B  Ht 601  Wt 155
Hair ____ Eyes ____ Complexion ____ Other SID#1751417  D.O.B 01/08/1980  ID SID#1751417

## APPLICATION FOR STATEMENT OF CHARGES  Page 1 of 2

I, the undersigned, apply for statement of charges and a summons or warrant which may lead to the arrest of the above named Defendant because on or about  9 Oct 2007 7:31pm  at  5500 Woodmont Ave, Baltimore City, MD
            Date                                              Place

_____, the above named Defendant was driving on a suspended drivers license, stopped for a traffic violation, and then fled and eluded to avoid arrest.
(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):
When Officer Jemell Rayam approached the vehicle, the Defendant tried to pull away and dragged Officer Rayam in a reckless manner that could have caused serious bodily injury. Officer Rayam was transported to University Shock Trauma for treatment of his injuries.

(Continued)

(Continued on attached ____ pages) (DC/CR 1A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information and belief.

10 Oct 07                           P/O _____
Date                                 Officer's Signature

I have read or had read to me and I understand the Notice on the back of this form.

_____ Date                       _____ Applicant's Signature

Subscribed and sworn to before me this  10TH  day of  OCT-USA  2007
Time: 2 A M   Judge/Commissioner _____   1309 I.D.

I understand that a charging document will be issued and that I must appear for trial ☐ on ____ Date
at ____ Time, ☒ when notified by the Clerk, at the Court location shown at the top of this form.

☒ I have advised applicant of shielding right. ☒ Applicant declines shielding.   Applicant's Signature
☐ I declined to issue a charging document because of lack of probable cause.

10 OCT 07                           _____  1309
Date                                 Commissioner    I.D.

Tr. #071001780651

DC/CR 1 (Rev. 12/2006)

COURT



DISTRICT COURT OF MARYLAND FOR Baltimore City, Hargrove .......... (City / County)

LOCATED AT ( COURT ADDRESS )
700 East Patapsco Avenue
Baltimore, MD 21225



DC Case No: **1B01910196**

DEFENDANT'S NAME (LAST, FIRST, M.I.)
Gough, Bernard

APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page 2 of 3

On 9 October 2007 at approx. 1931hrs, while on routine patrol in the area of The Alameda and Belvedere. We were working in plain clothes displaying badges, driving a marked police vehicle. K.G.A. broadcast a description of a stolen vehicle was just taken and that the vehicle was a Ford Truck. P/O Rayam and I saw a vehicle matching the description at 5500 blk The Alameda. We then followed the vehicle and initiated a traffic stop in a marked patrol vehicle with emergency lights and sirens. The vehicle pulled over at the 5500 blk Woodmont Ave and P/O Rayam approached the vehicle first. As I was starting to approach the vehicle, I saw the vehicle starting to pull off and P/O Rayam yelled out "Stop the Vehicle!" The vehicle then started to drag P/O Rayam up the street and I immediately jumped into the patrol vehicle and followed. I then heard one gun shot fired and the vehicle then crashed into another vehicle and P/O Rayam fell away from the vehicle. We then approached the vehicle and called for additional units for assistance. The driver of the vehicle, later identified as Bernard Gough M/B/27, was still in the vehicle with a gun shot wound to the neck. The driver was transported to the hospital for treatment, but is not in police custody.

Investigation revealed the driver, Identified as Bernard Gough B/M 01/08/1980 SID# 1751417 was driving on a suspended license. The passenger was identified as Brian Bridges.

Blue Ford Truck MD Tag # 948M425.
I ran Mr. Gough through KGA and he came back as as having a Suspended license. Mr. Gough was suspended on 29 Jan 07.

10 Oct 07
Date

P/O [signature]
Applicant's Signature

PC DC/CR 1A (Rev. 1/02)    Tr. #071001780651    COURT COPY