#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MARYLAND

|  |  |  |  |
|---|---|---|---|
| Bernard Gough | | * | |
| | Plaintiff(s) | * | |
| vs. | | * | Civil Case No.: 1:20–cv–00542–BPG |
| Jemell Rayam, et al. | | * | |
| | Defendant(s) | * | |

## SHOW CAUSE ORDER

    Pursuant to Standing Order 2018–04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. Bernard Gough has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

    ORDERED that Bernard Gough is to appear before the designated Chambers Judge on 4/24/2020 at 2:00 p.m. to show cause, if any, why Bernard Gough did not file a consent or declination. Bernard Gough should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

    ORDERED that this Order shall be vacated if Bernard Gough files a consent or declination prior to the show cause hearing date.


Date: <u>March 17, 2020</u>              _____/s/_____
                                                                       Beth P. Gesner
                                                                       United States Magistrate Judge